UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Merlin Ruedger,<br><br>  Plaintiff,<br><br>v.<br><br>Portfolio Recovery Associates, LLC,<br><br>  Defendant. | Case No. 1:15-cv-00879-RHB<br><br>HON. ROBERT HOLMES BELL |

**STIPULATION AND ORDER TO DISMISS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties file this Stipulation and Order to dismiss the present case, with prejudice, without costs, and without attorney fees to either party.

Date: February 2, 2016

| | |
|---|---|
| GOLDEN LAW OFFICES, P.C. | Portfolio Recovery Associates, LLC |
| /s/ B. Thomas Golden | s/ Avanti D. Bakane (w/ permission) |
| B. Thomas Golden | Avanti D. Bakane |
| Attorney for the Plaintiff | Attorney for Defendant |
| 2186 West Main Street | 222 North LaSalle Street |
| P.O. Box 9 | Suite 300 |
| Lowell, Michigan 49331 | Chicago, IL 60601 |
| Telephone: (616) 897-2900 | Telephone: (312) 704-3000 |

# ORDER

Pursuant to the stipulation of the parties:

**IT IS HEREBY ORDERED** that the herein cause of action is dismissed with prejudice. The parties shall bear their own costs and fees.

**IT IS SO ORDERED.**

Date: February \_\_\_\_, 2016

_____
ROBERT HOLMES BELL
UNITED STATES S DISTRICT JUDGE