UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Merlin Ruedger,<br><br>       Plaintiff,<br><br>v.<br><br>Portfolio Recovery Associates, LLC,<br><br>       Defendant. | Case No. 1:15-cv-00879-RHB<br><br>HON. ROBERT HOLMES BELL |

**STIPULATION AND ORDER TO DISMISS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties file this Stipulation and Order to dismiss the present case, with prejudice, without costs, and without attorney fees to either party.

Date: February 2, 2016

GOLDEN LAW OFFICES, P.C.

 /s/ B. Thomas Golden
B. Thomas Golden
Attorney for the Plaintiff
2186 West Main Street
P.O. Box 9
Lowell, Michigan 49331
Telephone: (616) 897-2900

Portfolio Recovery Associates, LLC

 s/ Avanti D. Bakane (w/ permission)
Avanti D. Bakane
Attorney for Defendant
222 North LaSalle Street
Suite 300
Chicago, IL 60601
Telephone: (312) 704-3000

# ORDER

Pursuant to the stipulation of the parties:

**IT IS HEREBY ORDERED** that the herein cause of action is dismissed with prejudice. The parties shall bear their own costs and fees.

**IT IS SO ORDERED.**

Date: February  24 , 2016

                                          /s/ Robert Holmes Bell
                                         ROBERT HOLMES BELL
                                         UNITED STATES S DISTRICT JUDGE